**No. 09-9945. Carmen P., Petitioner v. San Diego County Health & Human Services Agency.**

560 U.S. 930, 130 S. Ct. 3336, 176 L. Ed. 2d 1230, 2010 U.S. LEXIS 4245.

May 24, 2010. Petition for writ of certiorari to the Court of Appeal of Califor-

nia, Fourth Appellate District, Division One, denied.